IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARYL DAVIS and NICOLE DAVIS,
and JOEL BRADLEY VAN PELT and
TERRI VAN PELT                                                              PLAINTIFFS

v.                         Case No. 4:14-cv-00081-JLH

CHESAPEAKE OPERATING, INC. and
BHP BILLITON PETROLEUM (FAYETTVILLE)
LLC                                                                         DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Voluntary Dismissal. The motion represents Defendants do not oppose the motion. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiffs' claims are hereby dismissed with prejudice.

IT IS SO ORDERED, this 20th day of March, 2014.

_____
Hon. J. Leon Holmes
U.S. District Court